IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARREL DAISE,
Inmate No. P23481,
    Plaintiff,

vs.                                                     Case No. 3:17cv496/RV/EMT

JOSEPH PURSELL and
JONATHAN ROGERS,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 17, 2017 (ECF No. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 9), I have determined that the Report and Recommendation should be adopted. The plaintiff was aware that a complaint was prepared and about to be filed. It should have been mentioned.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious and that Plaintiff be assessed a "strike" under 28 U.S.C. § 1915(e).

**DONE AND ORDERED** this 7th day of November, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**